IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA       :

        Plaintiff            :Case No.   3:22-MJ-166

  vs.                    :HONORABLE PETER B. SILVAIN, JR.

Calahan, Keith

        Defendant            :

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on June 30, 2022 and adds the following condition:

1. Participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring. Home Detention.

All other bond conditions remain in full force and effect.

Date: 11/3/2022

HONORABLE PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE